# United States Court of Appeals
## For the First Circuit

No. 07-2222

LEO E. FAYARD and SARA K. FAYARD,

Plaintiffs, Appellants,

v.

NORTHEAST VEHICLE SERVICES, LLC, EAST BROOKFIELD & SPENCER RAILROAD, LLC, HOLSTON LAND COMPANY, INCORPORATED, CSX REAL PROPERTY, INC., STEVEN M. PUGLIESE, and GEORGE W. BELL, II,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on July 14, 2008 is amended as follows:

On page 13, line 24:  change "ordinarily" to "sometimes"

On page 6, line 11:  close space before "Exclusive"

On page 12, line 7:  close space following semi-colon

On page 14, line 15: close space following semi-colon